# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST NASAL SINUS CENTER PLLC, a professional corporation,<br><br>          Plaintiff,<br><br>v.<br><br>THE CIGNA GROUP, CIGNA HEALTHCARE, CIGNA HEALTH MANAGEMENT COMPANY, a limited liability company,<br><br>          Defendants. | NO. 2:25-cv-00132-RSL<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL FOR PLAINTIFF NORTHWEST NASAL SINUS CENTER PLLC** |

THIS MATTER, having come before the Court on Plaintiff's Motion to Withdraw and Substitute Counsel for Plaintiff Northwest Nasal Sinus Center, and the Court having reviewed all documents submitted in support of and in opposition to said motion, and reviewed the records and files herein, the Court finds that the motion should be granted. Now, therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw and Substitute Counsel for Plaintiff Northwest Nasal Sinus Center PLLC is GRANTED;

IT IS HEREBY FURTHER ORDERED that Blair M. Russ of Tomlinson Bomsztyk Russ is hereby attorney of record for Plaintiff Northwest Nasal Sinus Center PLLC and Erin O'Leary is hereby withdrawn as counsel of record;

ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL - 1



TOMLINSON BOMSZTYK RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871  F/ 206.621.9907

1

2    DATED this 5th day of February 2025.

3

4

5    _____
     ROBERT S. LASNIK
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING MOTION TO WITHDRAW AND
SUBSTITUTE COUNSEL - 2

TOMLINSON
BOMSZTYK
RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907