UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| NORTHWEST NASAL SINUS CENTER, PLLC, a professional corporation,<br><br>                          Plaintiff,<br><br>    v.<br><br>THE CIGNA GROUP, CIGNA HEALTHCARE, a limited liability corporation,<br><br>                          Defendants. | Case No. 2:25-cv-00132-RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND NOTING DATE AND RELATED BRIEFING SCHEDULE RE: PLAINTIFF'S MOTION FOR REMAND** |

This matter having come before the Court on the Parties' Stipulated Motion To Extend Noting Date And Related Briefing Schedule Re: Plaintiff's Motion For Remand, the Court hereby ORDERS that the Noting Date and the remaining briefing deadlines be extended by one week, from:

   Defendant's Response to Plaintiff's Motion for Remand: March 13, 2025

   Plaintiff's Reply In Support of Motion for Remand:  March 20, 2025

   Noting Date re Plaintiff's Motion for Remand:  March 21, 2025

to:

   Defendant's Response to Plaintiff's Motion for Remand: March 20, 2025

   Plaintiff's Reply In Support of Motion for Remand:  March 27, 2025

   Noting Date re Plaintiff's Motion for Remand:  March 28, 2025

ORDER GRANTING STIPULATED MOTION TO EXTEND NOTING DATE AND RELATED BRIEFING SCHEDULE RE: PLAINTIFF'S MOTION FOR REMAND - 1

Case No. 2:25-cv-00132-RSL

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1   The Clerk of Court is directed to renote Plaintiff's Motion for Remand on the Court's
2   calendar for consideration on March 28, 2025.

3   DATED this 14th day of March, 2025.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND NOTING DATE AND RELATED BRIEFING SCHEDULE RE: PLAINTIFF'S MOTION FOR REMAND - 2
Case No. 2:25-cv-00132-RSL

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107