UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST NASAL SINUS CENTER, PLLC,<br><br>Plaintiff,<br>v.<br><br>THE CIGNA GROUP, CIGNA HEALTHCARE,<br><br>Defendant. | CASE NO. 2:25-cv-00132-RSL<br><br>ORDER |

This matter comes before the Court on the parties' "Second Stipulated Motion to Extend Noting Date and Related Briefing Schedule re: Plaintiff's Motion for Remand." Dkt. # 21. The briefing schedule for the motion to remand is hereby extended by two weeks as set forth in the stipulation. The Clerk of Court is directed to renote the motion to remand on the Court's calendar for consideration on April 11, 2025.

DATED this 3rd day of April, 2024.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1